1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    JUNIPER NETWORKS, INC.,                         No. C 11-03906 WHA

11              Plaintiff,

12       v.                                           **ORDER STRIKING
                                                      IMPROPER MOTION
13    JUNIPER MEDIA, LLC,                             TO DISMISS COMPLAINT**

14              Defendant.

15    _____/

16          On September 15, 2011, Charles T. Schaeffer filed a "pro se" motion to dismiss the

17    complaint on behalf of defendant Juniper Media, LLC (Dkt. No. 13).  Mr. Schaeffer is the founder

18    of Juniper Media, but he does not claim to be an attorney (Schaeffer Decl. ¶ 1).  Plaintiff timely

19    opposed the motion.  No reply was filed.  Plaintiff also moved to strike Mr. Schaeffer's motion

20    "because it violates Civil L.R. 3-9(b), which prohibits a company from appearing before the

21    Court other than through a member of the bar of this Court" (Dkt. No. 16 at 1).  No opposition to

22    plaintiff's motion to strike was filed.

23          "It has been the law for the better part of two centuries . . . that a corporation may appear

24    in the federal courts only through licensed counsel." *Rowland v. Cal. Men's Colony, Unit II

25    Men's Advisory Council*, 506 U.S. 194, 201–02 (1993).  Civil Local Rule 3-9(b) codifies this law

26    as follows:  "A corporation, unincorporated association, partnership or other such entity may

27    appear only through a member of the bar of this Court."  Accordingly, Mr. Schaeffer's "pro se"

28    motion to dismiss on behalf of defendant Juniper Media, LLC was improper.

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1    Plaintiff's motion to strike the motion to dismiss is **GRANTED**.  The motion to dismiss is

2  **STRICKEN**.  In light of these rulings, plaintiff's motion for jurisdictional discovery is **DENIED**

3  **AS MOOT**.  The motion hearing previously set for November 3, 2011, is **VACATED**.  The case

4  management conference set for the same day will go forward as planned.

5

6          **IT IS SO ORDERED.**

7

8  Dated:  October 24, 2011.                              

9                                                         WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2