IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIPER NETWORKS, INC., | No. C 11-03906 WHA |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO EXTEND DATE TO RESPOND TO MOTION TO DISMISS** |
| JUNIPER MEDIA, LLC, | |
| Defendant. | |

Pursuant to stipulation and for good cause shown, plaintiff Juniper Networks, Inc's deadline to respond to the Motion to Dismiss is extended to Wednesday, December 14, 2011, and any Reply is due on December 21, 2011.  This will not change the hearing date.

**IT IS SO ORDERED.**

Dated:   December 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE