1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9

10   JUNIPER NETWORKS, INC.,                        No. C 11-03906 WHA

11              Plaintiff,

12     v.                                           **ORDER DENYING MOTION TO
                                                    RESCHEDULE HEARING AND
13   JUNIPER MEDIA, LLC,                            DISCOVERY DEADLINE**

14              Defendant.

15   _____/

16         The parties filed a stipulated request to continue the hearing on defendant's motion to

17   dismiss and extend discovery deadlines (Dkt. No. 45).  The parties seek to extend the hearing and

18   discovery deadlines by *nearly three months*.  The parties have not shown good cause for such a

19   long delay.  The motion is **DENIED**.

20
21         **IT IS SO ORDERED.**
22
23   Dated:   January 9, 2012.

24                                                  _____
                                                    WILLIAM ALSUP
25                                                  UNITED STATES DISTRICT JUDGE
26
27
28

**United States District Court**
For the Northern District of California