IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIPER NETWORKS, INC., | No. C 11-03906 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO RESCHEDULE HEARING AND DISCOVERY DEADLINE** |
| JUNIPER MEDIA, LLC, | |
| Defendant. | |

The parties filed a stipulated request to continue the hearing on defendant's motion to dismiss and extend discovery deadlines (Dkt. No. 45). The parties seek to extend the hearing and discovery deadlines by *nearly three months*. The parties have not shown good cause for such a long delay. The motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE