United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIPER NETWORKS, INC., | No. C 11-03906 WHA |
| Plaintiff, | |
| v. | **ORDER RE NOTICE OF SETTLEMENT** |
| JUNIPER MEDIA, LLC, | |
| Defendant. | |

The Court acknowledges and thanks the parties for their notice of settlement of the captioned matter. The parties have requested that the they wish to stay the case for two months until all conditions are met per the agreement. In the past twelve years on the bench, the undersigned judge has watched many a settlement crater at the last minute and, therefore, must **DENY** the stipulation to so extend the deadlines.

The hearing on January 12 is hereby **VACATED**. The Court will decide the motion on the papers on January 13 or shortly thereafter unless a dismissal is promptly filed.

**IT IS SO ORDERED.**

Dated: January 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE